IN THE SUPREME COURT OF THE STATE OF MONTANA

FILED

11/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0624

No. DA 24-0624

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

LEVI JOHNSON,

      Defendant and Appellant.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW, Tammy A. Hinderman, Division Administrator for the Appellate Defender Division, and respectfully requests an extension of time until January 6, 2025, in which to prepare, file, and serve the Appellant's opening brief in the above-entitled matter. This is Appellant's first request for an extension. The brief is currently due December 6, 2024.

Opposing counsel has been contacted and has no objection.

Respectfully submitted this 26th day of November 2024.

OFFICE OF STATE PUBLIC DEFENDER
APPELLATE DEFENDER DIVISION
P.O. Box 200147
Helena, MT 59620-0147

By:  /s/ Tammy A. Hinderman
     TAMMY A. HINDERMAN
     Division Administrator

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 26 2024